In the Matter of the Application of Cyril Nast, Appellant-Respondent, v. Louis N. Ellrodt and James H. Sullivan, as Commissioners of Election of the County of Westchester, and Others, Respondents, and Stanley W. Church, Respondent-Appellant.— Motion denied. See memorandum in companion motion, decided herewith. On the argument of these appeals, counsel for respondent-appellant Stanley W. Church consented that provision be made for the preparation of a separate ballot, as provided by the Election Law, to be supplied to each voter so as to enable him to exercise his right to vote for a candidate other than Stanley W. Church and Antonio Lombardo, who were voted for at the preliminary election; the supplemental ballot to have printed thereon the names of these two candidates for the office of mayor, and have thereon a separate blank space to enable the electors to vote for some other candidate; and the names of Church and Lombardo to be omitted from the voting machines. The real effect of this consent was finally to determine this litigation, despite the fact that the order made by this court recited that the order denying motion to dismiss the complaint be affirmed. The omission of a recital of the said consent was an inadvertence. The recital of leave to appeal to the Court of Appeals was not intended to have any reference to respondent-appellant Church. The motion to resettle the order is granted in accordance with the foregoing. Present — Lazansky, P. J., Hagarty, Carswell and Johnston, JJ.; Davis, J., not voting.

In the Matter of the Application of Brooklyn Bar Association in Respect of George A. Ostergren, an Attorney and Counselor at Law.— Motion for reargument of motion to confirm report of official referee denied. The entry of the order of disbarment will be stayed for one month to give respondent an opportunity to terminate his connection with pending matters. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of James J. Reardon, Petitioner, for a Peremptory Mandamus Order against Charles S. Colden, County Judge of Queens County, and Charles P. Sullivan, District Attorney of Queens County, New York, Respondents.— Motion for a peremptory mandamus order denied as a matter of law and not in the exercise of discretion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of James Vignola, Appellant, for an Order of Mandamus against Thomas W. Hammond, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

Elizabeth P. Jencks and Another, as Executrices and Trustees, etc., of Francis M. Jencks, Deceased, Respondents, v. Stephen L. Mershon and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

Marie Johnsen, Respondent, v. Staten Island Hospital, Inc., Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 638.] Motion for a stay dismissed. An undertaking having been given pursuant to the provisions of section 594 of the Civil Practice Act, no order granting a stay is required. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.